SABALIER, DEMANDANTE Y APELADO, *v.* IGLESIAS Y EL BANCO DE SAN JUAN, DEMANDADOS, Y ABELLA, INTERVENTOR Y APELANTE.

No. 3229.—*Visto:* Abril 15, 1924. *Resuelto:* Julio 9, 1924.

INTERVENCIÓN; CUÁNDO PUEDE PEDIRSE PERMISO PARA INTERVENIR.—Procede negar la intervención cuando se solicita después de celebrado el juicio y dictada sentencia.

RESOLUCIÓN de *Charles Foote,* J. (San Juan, Primer Distrito), eliminando al abogado de récord. *Confirmada.*

*L. Abella Blanco* y *L. Muñoz Morales,* abogados del apelante; *L. Feliú* y *J. Soto Rivera,* abogados de los demandados; *R. Rivera Zayas* y *F. H. Dexter,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

En un pleito que sigue Bernabé Sabalier contra Santiago Iglesias Pantín y contra el Banco de San Juan se celebró el juicio y se dictó sentencia a favor del demandante el 20 de abril de 1923, la que fué apelada. Posteriormente y con motivo de una administración judicial decretada en ese pleito el demandante solicitó personalmente de la corte inferior que eliminase de los autos como abogado suyo a Luis Abella Blanco y la corte así lo decretó el 25 de octubre de 1923, de cuya resolución solicitó reconsideración dicho abogado, quien posteriormente solicitó en otra moción que se le permitiera intervenir como parte demandante en el pleito.

Ambas mociones fueron resueltas por la corte el 28 de noviembre último negando la reconsideración solicitada y negando la intervención pedida. De esta resolución apeló el

---

[1] La opinión disidente se inserta al final del tomo.

abogado Dn. Luis Abella Blanco manifestando no estar conforme con la resolución de 28 de noviembre de 1923 proveyendo a su moción para que se le incluya como una parte demandante.

Así, pues, no tenemos ante nosotros otra apelación que la interpuesta por haber sido negada la petición de dicho abogado de incluírsele en el pleito como parte demandante.

Según el artículo 72 del Código de Enjuiciamiento Civil toda solicitud de intervención debe ser hecha antes de la celebración del juicio, por lo que habiendo sido solicitada la intervención en el pleito después de celebrado el juicio y de dictada sentencia no cometió error la corte inferior al dictar la resolución apelada, en el particular que lo ha sido. *Pillot* v. *Pillot*, 21 D.P.R. 201.

*La resolución apelada debe ser confirmada.*

Los Jueces Sres. Presidente del Toro y Asociado Wolf no intervinieron en la resolución de este caso.